THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tony Anthony Stuckey, Appellant.
 
 
 
 
 

Appeal From Lee County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2011-UP-049
 Submitted January 4, 2011  Filed February
4, 2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  Tony Anthony Stuckey pled guilty to
 three counts of kidnapping, three counts of carjacking, two counts of pointing
 and presenting a firearm, two counts of criminal domestic violence of a high
 and aggravated nature (CDVHAN), two counts of possession of a weapon during the
 commission of a violent crime, possession of a stolen weapon, stalking, and
 assault and battery of a high and aggravated nature.  Stuckey argues the plea
 court erred in accepting his pleas to
 these offenses because he was constructively denied his right to counsel. 
 Additionally, Stuckey submits this court should correct the scrivener's error
 on the sentencing sheet for one of his CDVHAN charges.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.